IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-278-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RODERICK DEVON ARTIS, ) | |
| ) | |
| Defendant. ) | |

The United States shall respond to defendant's pending motion [D.E. 37] not later than March 21, 2022.

SO ORDERED. This 28 day of February, 2022.

JAMES C. DEVER III
United States District Judge